UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff(s),

  v.

MONICA A OLVERA,

    Defendant(s).
_____/

No. C 11-0796 EDL

ORDER SETTING CASE MANAGEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter having been reassigned to the Honorable Elizabeth D. Laporte for trial and all further proceedings, it is hereby ordered, pursuant to Fed. R. Civ. P. 16 and Civil L.R. 16-10, that a **Case Management Conference shall be held in this case on April 19, 2011 at 10:00 a.m.** in Courtroom E, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. **However, the parties are required to appear in court at 9:30 a.m.. 30 minutes prior to the Case Management Conference, to discuss the case with one another including disclosure of relevant information and any possibilities for settlement.**

The parties shall appear in person or through lead trial counsel and shall be prepared to discuss all items referred to in Civil L.R. 16-10. Pursuant to Civil Local Rule 16-9, the parties shall meet and confer and file a joint case management statement and proposed order no later than **April 12, 2011**. If any party is proceeding without counsel, separate statements may be filed by each party.

All documents filed with the Clerk of the Court shall list the civil case number followed only by the initials "**EDL**." One copy shall be clearly marked as a chambers copy.

IT IS SO ORDERED.

Dated: March 22, 2011

                                                *Elizabeth D. Laporte*
                                                _____
                                                ELIZABETH D. LAPORTE
                                                United States Magistrate Judge

United States District Court
For the Northern District of California