UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MONICA A. OLVERA,<br><br>    Defendant.<br>_____/ | No. 11-00796 (EDL)<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

On April 30, 2011, the parties filed a request to continue the case management conference currently set for May 3, 2011 in light of a consent judgment proposed by Defendant. Good cause appearing, the case management conference currently set for May 3, 2011 is continued to May 17, 2011 at 10:00 a.m. An updated joint case management conference statement shall be filed by no later than May 10, 2011.

**IT IS SO ORDERED.**

Dated: May 2, 2011

                                             ELIZABETH D. LAPORTE<br>
                                             United States Magistrate Judge

Cmst.mj